

ORIGINAL

FILED

11/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0526

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 20-0526

RANDALL CHILDRESS and
CLAUDIA CHILDRESS,

      Plaintiffs, Appellees,
      and Cross-Appellants.

v.

COSTCO WHOLESALE CORPORATION,

      Defendant, Appellant,
      and Cross-Appellee.

FILED

NOV 0 4 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

In accordance with M. R. App. P. 15, the Ninth Circuit Court of Appeals has certified to this Court the following question of law, which has arisen in that court's Cause Nos. 19-35411 and 19-35493:

> Whether, under Montana law, parasitic emotional distress damages are available for an underlying negligence claim for personal property damages or loss?

This Court accepts the certified question on the relevant facts set forth in the Ninth Circuit Court's certification of the question. In accordance with M. R. App. P. 15(4), we reserve any determination whether to reformulate the question pending full consideration of the issue. We will answer the question in due course following briefing.

IT IS THEREFORE ORDERED that the parties shall, in accordance with the Montana Rules of Appellate Procedure, prepare, file, and serve briefs addressing the certified question set forth above, with the opening brief of the Defendant-Appellant/Cross-Appellee to be filed within 30 days of the date of this Order. Thereafter, additional briefing shall proceed in accordance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record for the parties in the Ninth Circuit Court of Appeals Cause Nos. 19-35411 and 19-35493, and to the Clerk of Court for the Ninth Circuit Court of Appeals.

DATED this 4 day of November, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices